# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**E.C. STYBERG ENGINEERING COMPANY,**

    **Plaintiff,**

  -vs-                        **CIVIL ACTION NO. 03-C-0571-DRH**

**EATON CORPORATION,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant **EATON CORPORATION** and against Plaintiff **E.C. STYBERG ENGINEERING COMPANY**.-------------------------------------------------------------------------------------------------

                                                       **SOFRON B. NEDILSKY, CLERK**

November 29, 2006                          BY:   s/Patricia Brown
                                                                 Deputy Clerk

APPROVED:/s/     David   RHerndon
                  **U.S. DISTRICT JUDGE**